Joel E. Tasca
Nevada Bar No. 14124
Lindsay Demaree
Nevada Bar No. 11949
Russell J. Burke
Nevada Bar No. 12710
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: 702.471.7000
Facsimile: 702.471.7070
tasca@ballardspahr.com
demareel@ballardspahr.com
burker@ballardspahr.com

*Attorneys for Defendants*
*Penn National Gaming, Inc.; Tropicana Las*
*Vegas Hotel and Casino, Inc. and Tropicana*
*Las Vegas, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| **DUSTIN** ~~JUSTIN~~ CHAPMAN, an individual, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PENN NATIONAL GAMING, INC., a Pennsylvania corporation; TROPICANA LAS VEGAS HOTEL AND CASINO, INC.; a Delaware corporation; TROPICANA LAS VEGAS, INC., a Nevada domestic corporation d/b/a Tropicana Las Vegas,<br><br>Defendants. | CASE NO. 2:17-cv-2924-GMN-PAL<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PENN NATIONAL GAMING, INC., TROPICANA LAS VEGAS HOTEL AND CASINO, INC. AND TROPICANA LAS VEGAS, INC. TO RESPOND TO PLAINTIFF'S COMPLAINT AND MOTION TO CONSOLIDATE**<br><br>(First Request) |

Pursuant to LR IA 6-1, Plaintiff **Dustin** ~~Justin~~ Chapman ("Plaintiff") and Defendants Penn National Gaming, Inc., Tropicana Las Vegas Hotel and Casino, Inc. and Tropicana Las Vegas, Inc.'s ("Penn National"), by and through their respective counsel of record, stipulate as follows:

1. Plaintiff filed his Complaint in this matter on or about November 21, 2017;

2. Plaintiff filed a Motion to Consolidate Cases (ECF No. 5) on or about November 30, 2017, which was prior to service of Penn National;

3. Penn National's responsive pleading to the Complaint is due on or about February 12, 2018;

4. Plaintiff and Penn National agree that Penn National shall have up to and including March 16, 2018 to file and serve a responsive pleading to the Complaint and a Response to the Motion to Consolidate;

5. The purpose of this extension is that this case involves class-wide allegations under the Internet Tax Freedom Act, and additional time is required to fully investigate and respond;

*[Remainder of Page Intentionally Left Blank]*

6. This is the first request for such an extension, and it is made in good faith and not for purposes of delay.

Dated: February 9, 2018

| BALLARD SPAHR LLP | WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN LLP |
|---|---|
| By: /s/ Russell J. Burke<br>Joel E. Tasca<br>Nevada Bar No. 14124<br>Lindsay Demaree<br>Nevada Bar No. 11949<br>Russell J. Burke<br>Nevada Bar No. 12710<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135<br><br>*Attorneys for Defendants*<br>*Penn National Gaming, Inc., Tropicana Las Vegas Hotel and Casino, Inc. and Tropicana Las Vegas, Inc.* | By: /s/ Don Springmeyer<br>Don Springmeyer<br>Nevada Bar No. 1021<br>Bradley Schrager<br>Nevada Bar No. 10217<br>3556 E. Russell Road, Second Floor<br>Las Vegas, NV 89120-2234<br><br>Frank B. Ulmer<br>McCulley McCluer PLLC<br>1022 Carolina Blvd., Suite 300<br>Charleston, SC 29451<br><br>Joshua Taylor Ripley<br>Berger & Montague PC<br>1622 Locust Street<br>Philadelphia, PA 19103<br><br>*Attorneys for Plaintiffs* |

## ORDER

IT IS SO ORDERED:

DATED this 14 day of February, 2018.

Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT JUDGE